**834**

*Harold R. Medina* for respondent.

No. —. MORTON *v.* UNITED STATES. April 30, 1945. The motion for leave to file petition for writ of mandamus is denied.

No. 296. PANHANDLE EASTERN PIPE LINE CO. ET AL. *v.* FEDERAL POWER COMMISSION ET AL. April 30, 1945. Order entered amending opinion. The petition for rehearing is denied.

No. 665. LINE MATERIAL CO. ET AL. *v.* COE, COMMISSIONER OF PATENTS.

May 7, 1945. *Per Curiam:* The petition for writ of certiorari is granted. The judgment is reversed on the authority of *Hoover Co.* v. *Coe, ante,* p. 79, and the cause is remanded to the said Court of Appeals for further proceedings. *Messrs. Charles F. Meroni, Carlton Hill, William A. Smith, Jr.* and *Donald A. Gardiner* for petitioners. *Solicitor General Fahy* and *Assistant Attorney General Shea* for respondent.

No. —. EX PARTE WILLIAM H. ALEXANDER;
No. —. EX PARTE EARL WATSON; and
No. —. BUTZ *v.* STUBBLEFIELD ET AL. May 7, 1945. The motions for leave to file petitions for writs of habeas corpus are denied.

No. —. NEWMAN *v.* STUBBLEFIELD. May 7, 1945. The motion for leave to file petition for writ of certiorari is denied.